NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DONNA BROWN,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3044

---

Petition for review of the Merit Systems Protection Board in case no. CH0752100371-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to reform the official caption to designate the Merit Systems Protection Board as the respondent,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) Donna Brown's opening brief is due within 30 days of the date of filing of this order.* The requirement that Brown file a Fed. Cir. R. 15(c) statement is waived in this case.

FOR THE COURT

__MAY 1 1 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Donna Brown (informal brief form enclosed)
Elisha C. Seaton, Esq.
Sara B. Rearden, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 1 2011

JAN HORBALY
CLERK

---

\* Initially it appeared that Brown had filed a brief when she filed her petition for review. However, the court does not have any copies of her brief on file. If Brown has a copy of a previously submitted brief, she may file it with the court and it will be accepted for filing. If Brown did not previously file a brief, we have enclosed the informal brief form which may be used to prepare her brief. Brown should send to counsel for the Merit Systems Protection Board a copy of the brief that she mails to this court. Counsel's address is:

Sara B. Rearden, Esq.
Merit Systems Protection Board
1615 M. Street, N.W.
Washington, DC 20419